UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>  Petitioner,<br><br>  v.<br><br>ERIC ARNOLD, Warden,<br><br>  Respondent. | No. 2:14-cv-1709-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed an in forma pauperis affidavit, but it is incomplete and not signed. Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

2. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

/////

1

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: July 28, 2014.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2